Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL CITY HOME LOAN SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS FOISY and JANE DOE FOISY, individuals and the marital estate composed thereof; and DENNIS FOISY TRUSTEE OF PACIFIC VENTURES LANDHOLD, a trust,<br><br>Defendants. | No. C05-0373 RSM<br><br>ORDER DENYING DENNIS FOISY, TRUSTEE OF PACIFIC VENTURE LANDHOLD'S MOTION FOR DEFAULT JUDGMENT |

The above matter came before this Court on Dennis Foisy, Trustee of Pacific Ventures Landhold's Motion for Default Judgment (the "Motion"). The Court having considered the Motion, Plaintiff's Response to the Motion, and the pleadings and filed herein, the Court finds as follows:

1. The counterclaims ("Counterclaims") contained in Defendants' answer are premised on an alleged arbitration award (the "Alleged Arbitration Award") in favor of Dennis Foisy, Trustee of Pacific Ventures Landhold, a trust ("PVL Trust"), and were asserted on behalf of PVL Trust.

2. The Motion was brought on behalf of PVL Trust, and signed by Dennis Foisy.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3. Dennis Foisy is not an attorney licensed to practice law in the State of Washington or admitted to practice in the United States District Court for the Western District of Washington.

4. On March 25, 2005, the Court held that Dennis Foisy may not represent the PVL Trust in this litigation and found the PVL Trust to be in default.

5. Because the PVL Trust is in default, and may not appear pro se, neither the Counterclaims or Motion are properly before the Court.

5. PVL Trust would suffer no prejudice as a result of a denial of the Motion.

6. The Court has previously ruled that the Alleged Arbitration Award is meritless and without legal justification. Accordingly, the Counterclaims are without merit.

7. The Defendants offer no factual basis for the Counterclaims.

8. There is a dispute regarding material facts.

9. Plaintiffs had a justifiable belief that the Counterclaims required no answer.

Based on the above findings of fact, it is

**ORDERED** that Defendants' Motion for Default Judgment is denied in its entirety.

DATED this __16__ day of May, 2005.


   /s/ Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP

By */s/ David C. Neu*
   Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA #33143
   PRESTON GATES & ELLIS LLP
   925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
   Tel: (206) 623-7580; Fax: (206) 623-7022
   dneu@prestongates.com
Attorneys for Plaintiff,
National City Home Loan Services, Inc

ORDER DENYING DENNIS FOISY, TRUSTEE
OF PACIFIC VENTURES LANDHOLD'S MOTION
FOR DEFAULT JUDGMENT - 2
Case No. C05-0373 RSM

K:\52707\00001\DCN\DCN_P21RT

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022