UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL CITY HOME LOAN SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS FOISY and JANE DOE FOISY, individuals and the marital estate composed thereof; and DENNIS FOISY TRUSTEE OF PACIFIC VENTURES LANDHOLD, a trust,<br><br>Defendants. | CASE NO: C05-0373RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The scheduling conference in this matter is hereby set for **Wednesday, August 17, 2005 at 1:30 p.m.**, United States Courthouse, 700 Stewart Street, 13th Floor, Seattle, Washington.

DATED this 5th day of July, 2005.

BRUCE RIFKIN, Clerk

By  /s/ Laurie Cuaresma
    Deputy Clerk