Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL CITY HOME LOAN SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS FOISY and JANE DOE FOISY, individuals and the marital estate composed thereof; and DENNIS FOISY TRUSTEE OF PACIFIC VENTURES LANDHOLD, a trust,<br><br>Defendants. | No. C05-0373 RSM<br><br>ORDER GRANTING PLAINTIFF NATIONAL CITY HOME LOAN SERVICES, INC.'s MOTION FOR SUMMARY JUDGMENT AND JUDGMENT |

## I. ORDER ON SUMMARY JUDGMENT

THIS MATTER having come on before the Honorable Ricardo Martinez, on Plaintiff National City Home Loan Services, Inc.'s Motion for Summary Judgment (the "Motion"). The Court having considered the unopposed Motion, the Declaration of David C. Neu with the attachments thereto, the Declaration of Karen Gibbon with the attachments thereto, the Affidavit of Johnny Longshore with the attachments thereto, the pleadings filed herein, and the arguments of counsel and being fully advised in the premises, the Court finds as follows:

1. Dennis Foisy recorded documents with the Snohomish County Auditor's office

ORDER GRANTING SUMMARY JUDGMENT- 1
Case No. C05-0373 RSM

K:\52707\00001\DCN\DCN_P229T

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

with the intent of clouding title to the Pledged Property, as that term is defined in the Motion;

2. Dennis Foisy defrauded Johnny Longshore out of thousands of dollars;

3. Foisy counseled Johnny Longshore to file bankruptcy petitions;

4. the Alleged Arbitration Award, as that term is defined in the Motion, is fraudulent;

5. Dennis Foisy and the PVL Trust filed an involuntary bankruptcy petition against National City Home Loan Services, Inc. ("National City") in bad faith, with malicious intent, and for the purpose of harassing National City;

6. Dennis Foisy and/or the PVL Trust has filed other bad-faith petitions for involuntary bankruptcy in the United States Bankruptcy Court for the Western District of Washington;

7. Foisy and the PVL Trust have used the bankruptcy process for improper purposes;

8. A permanent injunction is necessary to protect the rights of National City.

9. There are no issues of material fact and National City is entitled to judgment as a matter of law.

Based on the above findings-of-fact, now therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED as follows:

1. Dennis Foisy and the PVL Trust, and their agent, successors, and assigns, are immediately and permanently restrained from taking any action to enforce the alleged arbitration award "awarded" on June 30, 2004, in Phenix City, Alabama, by Southeast Arbitration & Mediation, L.L.C against National City, and

2. Dennis Foisy and the PVL Trust, and their agent, successors, and assigns, are immediately and permanently restrained from filing an involuntary petition for bankruptcy against National City until further order of the court, and

3. National City is awarded judgment against Dennis Foisy and the PVL Trust,

ORDER GRANTING SUMMARY JUDGMENT- 2
Case No. C05-0373 RSM

K:\52707\00001\DCN\DCN_P229T

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 jointly and severally, for its reasonable attorneys fees incurred herein.  National City shall

2 apply to this Court for an award for these additional amounts by way of cost bill, at which

3 time said Court shall issue an amendment to this judgment adding the amount of these

4 additional costs to the judgment, and

5 4.     The Clerk of the Court shall enter judgment against Dennis Foisy and Dennis

6 Foisy, Trustee of Pacific Venture Landhold on the terms specific herein.

        DONE IN OPEN COURT this 13th day of January, 2006.


                                          _____
                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE


Presented By:

Preston Gates & Ellis LLP


By: */s/ David C. Neu*
    Michael J. Gearin, WSBA # 20982
    David C. Neu, WSBA # 33143
Attorneys for National City Home Loan Services, Inc.

## II.  JUDGMENT SUMMARY

1.   Judgment Creditor:              National City Home Loan Services, Inc.

2.   Judgment Creditor's Attorneys:  Preston Gates & Ellis LLP
                                     Michael J. Gearin
                                     David C. Neu
                                     925 Fourth Ave., Suite 2900
                                     Seattle, WA  98104

3.   Judgment Debtor(s):             Dennis Foisy, an individual, and Dennis
                                     Foisy, Trustee of Pacific Ventures
                                     Landhold, a trust

ORDER GRANTING SUMMARY JUDGMENT- 3
Case No. C05-0373 RSM
K:\52707\00001\DCN\DCN_P229T

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | | | |
|---|---|---|---|
| | 4. | Judgment Debtor's Attorney: | Pro Se |
| | 5. | Judgment Debtors' Address: | 19030 Lenton Place, SE., #181<br>Monroe, WA  98272 |
| | 6. | Nonmonetary Relief: | Permanent injunction restraining Dennis Foisy and/or Pacific Ventures Landhold from filing an involuntary bankruptcy petition against National City Home Loan Services, Inc., or taking any action to enforce the Alleged Arbitration Award. |

ORDER GRANTING SUMMARY JUDGMENT- 4
Case No. C05-0373 RSM

K:\52707\00001\DCN\DCN_P229T

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022